UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SEAN JELEN,<br>　　　　Plaintiff,<br><br>　　v.<br><br>FENISHA WILLIAMS, et al.,<br>　　　　Defendants. | Civil Action No.<br>20-11910-IT |

**ORDER**

**TALWANI, D.J.**

By Memorandum and Order [#4] dated October 28, 2020, Plaintiff's Motion for Leave to Proceed in Forma Pauperis [#2] was denied without prejudice. Plaintiff was granted 35 days to file a renewed motion for leave to proceed *in forma pauperis* accompanied by his certified prison account statement. [#4]. The Memorandum and Order also explained that the pleadings as filed are subject to dismissal. *Id.*

Now before the Court is Plaintiff's Letter [#5] explaining that page 2 of the Memorandum and Order was missing from the copy that he received on November 4, 2020. Plaintiff seeks a complete copy of the Memorandum and Order as well as additional time to respond.

If Plaintiff elects to proceed with this action, within 21 days of the date of this Order, he must file a renewed motion for leave to proceed *in forma pauperis* accompanied by his certified prison account statement. The Clerk shall provide plaintiff with an Application to Proceed in District Court Without Prepaying Fees or Costs and a copy of the October 28, 2020 Memorandum and Order. No summonses shall issue pending resolution of the filing fee and

screening of the complaint

**So ordered.**

                                              /s/ Indira Talwani
                                              United States District Judge

Dated: November 12, 2020